IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09CV398

| | |
|---|---|
| INDIANTOWN COGENERATION, L.P., ) ) | |
| Applicant, ) ) | |
| vs. ) ) | ORDER |
| CENTURY COAL, LLC, ) ) | |
| Respondent. ) ) | |

The Court having considered Century's Motion for Leave to Conduct Jurisdictional Related Discovery, and having considered the arguments of counsel and being otherwise sufficiently advised, IT IS HEREBY ORDERED that Century's Motion is GRANTED. The Interrogatories attached to Century's Motion are deemed served as of the date of this Order and Indiantown shall respond to this discovery within 15 days from the date of this Order. Upon service of a response to the interrogatories, Indiantown shall designate a representative to testify on its behalf with respect to the matters identified in the Interrogatories. All proceedings on the Respondent's Motion to Vacate, Amend or Remand Arbitration Award are stayed pending the court's ruling upon the Applicant's Motion to Remand. Furthermore, a status conference is not necessary at this time.

Signed: September 16, 2010

Richard L. Voorhees
United States District Judge