**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:09CV398**

| | |
|---|---|
| **INDIANTOWN** | ) |
| **COGENERATION, L.P.,** | ) |
| | ) |
| **Applicant,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **CENTURY COAL, LLC,** | ) |
| | ) |
| **Respondent.** | ) |
| _____ | ) |

**ORDER**

**THIS MATTER** is before this Court *sua sponte*. On December 7, 2010, the Magistrate

Judge issued an Order granting a consent motion to extend the discovery deadline on the limited

issue of jurisdictional discovery (Doc. 20.) In pertinent part, the Order states, "Indiantown will

serve any supplement to its discovery responses, or confirm it has no additional information, as

soon as practicable." After a review of the pending motions, this Court finds it imprudent to rule

on the pending motions (Docs. 2, 4) until the parties have completed jurisdictional discovery.

**THEREFORE, IT IS HEREBY ORDERED** that Indiantown has thirty days from the

entry of this Order to serve any supplement to its discovery responses, or confirm it has no

additional information regarding its corporate citizenship.

Signed: April 12, 2011

Richard L. Voorhees
United States District Judge